*Mr. Vilroy C. Miller,* Livingston, for Appellants.

*Messrs. Rankin & Acher,* Helena, for Respondents.

No. 8887. H. J. NICOL, PLAINTIFF & RESPONDENT, *v.* STATE BOARD OF LAND COMMISSIONERS OF THE STATE OF MONTANA; and SAM C. FORD, SAM W. MITCHELL, ELIZABETH IRELAND, and R. V. BOTTOMLY, as the individual members thereof, constituting said Board; and J. W. WALKER, as Commissioner of State Lands and Investments of the State of Montana, DEFENDANTS & APPELLANTS.

Decided December 31, 1948.

Upon application of the appellants in the above entitled cause, wherein notice of appeal was filed October 29, 1948, and it appearing that, subsequent to filing of said notice of appeal, the matters in dispute in said cause were fully and finally settled to the satisfaction of the parties thereto,

It is Ordered, and This Does Order, that the above entitled cause be, and it is, hereby dismissed.

Dated this *31st day of December, 1948.*

> HUGH ADAIR, Chief Justice.
> ALBERT H. ANGSTMAN,
> I. W. CHOATE,
> Associate Justices.

*Mr. R. V. Bottomly,* Attorney General of the State of Montana, and *Mr. Baxter Larson,* Assistant Attorney General, counsel for Defendants and Appellants.

*Messrs. Graybill & Bradford* and *H. Norskog,* Counsel for Plaintiff and Respondent.